THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BOUTTE, Appellant, v KATHLEEN G. GERBING, Respondent.

Submitted June 1, 2015; decided July 1, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 903 (2015)].

In the Matter of CHRISTINE STEVENSON, Respondent, v AUGUSTO BLANCO, Appellant.

Submitted May 18, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE SOUTH TOWER RESIDENTIAL BOARD OF MANAGERS OF TIME WARNER CENTER CONDOMINIUM, Respondent, v THE ANN HOLDINGS, LLC, Appellant.

Submitted June 8, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT THOMAS, Respondent, v RITA GRAY, Appellant.

Submitted May 26, 2015; decided July 1, 2015

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 25 NY3d 961 (2015)].